**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANCYEL VIERA de LIMA** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2069** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **WARDEN, CLINTON COUNTY** | : | |
| **CORRECTIONAL FACILITY, *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |

**ORDER**

**AND NOW, THIS** 6th **DAY OF AUGUST 2026**, upon consideration of Petitioner Francyel Viera de Lima's counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 5), Petitioner's traverse (Doc. 6), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Francyel Viera de Lima from the custody of the Warden of the Clinton County Correctional Facility, who has immediate physical custody of Petitioner.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Monday August**

**10, 2026, at 5:00 P.M.** confirming that Petitioner Francyel Viera de Lima has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Francyel Viera de Lima pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5. If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge